# CRIMINAL CAUSE FOR PLEADING

**BEFORE:** MAGISTRATE JUDGE AZRACK    **DATE:** May 6, 2013

USA v. Kushtrim Blaku                    11-CR-486 (DLI)

**DEFENDANT'S NAME:** Kushtrim Blaku
   _X_ present  ___ not present   ___ custody  _X_ bail

**DEFENSE COUNSEL:** Michael Bachner
   _X_ present  ___ not present   ___ CJA  _X_ RET  ___ PDA

**AUSA:** Una Dean          **LAW CLERK:** Amy Weiner

**INTERPRETER:** No          **Language:** ___

**FTR:** Tape # 12:18:28 - 12:37:58

_X_ CASE CALLED

_X_ DEFENDANT:  _X_ SWORN   _X_ INFORMED OF RIGHTS

___ WAIVER OF INDICTMENT EXECUTED FOR DEFENDANT

___ SUPERCEDING INDICTMENT / INFORMATION FILED

___ DEFT. FAILED TO APPEAR, BENCH WARRANT ISSUED

_X_ DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO COUNT (S) lesser included in count 3 OF THE (SUPERCEDING) INDICTMENT / ~~INFORMATION~~

_X_ COURT FINDS FACTUAL BASIS FOR THE PLEA

___ SENTENCING SET FOR: ___

_X_ SENTENCING TO BE SET BY ~~PROBATION~~ Judge Irizarry

_X_ BAIL:  ___ SET   _X_ CONT'D FOR DEFT.   ___ CONT'D IN CUSTODY

_X_ TRANSCRIPT ORDERED

OTHER: Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate recommends the plea of guilty be accepted.