# BACHNER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
39 BROADWAY
SUITE 1610
NEW YORK, NEW YORK 10006

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774

MICHAEL F. BACHNER*

SCOTT J. SPLITTGERBER**
HOWARD WEINER***

www.bhlawfirm.com
www.bachnerlaw.com

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550

*ALSO ADMITTED IN NJ
**ALSO ADMITTED IN ILLINOIS
***ALSO ADMITTED IN CALIFORNIA AND NJ

September 9, 2013

Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Re:   U.S. v. Blaku, 11-cr-486 (DLI)

Dear Judge Irizarry:

I write with the consent of the government to respectfully request an adjournment of Mr. Blaku's sentencing, currently scheduled for September 26, 2013, of approximately one week. Both parties are available on October 1, 3, or 4 in the afternoon if any of those dates are convenient for the Court.

Thank you for your kind consideration of this request.

Respectfully submitted,

/s/ *Michael F. Bachner*

Michael F. Bachner

SO ORDERED:

_____
Hon. Dora L. Irizarry
United States District Judge