U.S. PRETRIAL SERVICES AGENCY ☆ EASTERN DISTRICT OF NEW YORK

## PRETRIAL SUPERVISION STATUS REPORT

| Name of Defendant: | | |
|---|---|---|
| Kushtrim Blaku | | |
| Presiding Judge: | Date of Hearing: | Type of Hearing: |
| Dora L. Irizarry | October 18, 2013 | Sentencing |
| Docket Number: | Date of Initial Appearance: | Date of Release: |
| 11 CR 486 | July 16, 2012 | July 27, 2012 |

**SUMMARY OF RELEASE INFORMATION:**

This defendant was released by United States Magistrate Judge Robert M. Levy on July 27, 2012 on a $500,000 cosigned bond with the following additional release conditions: travel restricted to the Eastern and Southern Districts of New York and New Jersey; surrender all passports and do not re-apply; subject to random home visits by Pretrial Services; report as directed to Pretrial Services; no contact with co-defendants unless in the presence of counsel; subject to random drug-testing and, if necessary, treatment; subject to home detention with location monitoring with time outs for court appearances, attorney meetings, medical visits, and employment pre-approved by Pretrial Services; and must pay the cost of location monitoring.

**COMPLIANCE WITH RELEASE CONDITIONS:**

This defendant has been in compliance with his release conditions and has not been the subject of any violations.

**UPDATED SOCIAL INFORMATION:**

This defendant continues to reside at 21 Battle Ridge Trail, Totowa, New Jersey 07512. He is also self-employed and has a business operating as Adrunner Media, LLC, which was incorporated in Miami, Florida. There has been no significant change in his mental or physical health since the time of the initial Pretrial Services bail report. He also continues to attend drug treatment at the Realization Center in New York, New York.

**VERIFICATION OF COMMUNITY TIES:**

The last office telephone contact was October 9, 2013 and the last home visit was October 5, 2013. The defendant has been providing residence and employment verification as directed by Pretrial Services.

**ADJUSTMENT TO SUPERVISION:**

This defendant successfully adjusted to supervision and no significant issues were identified during the supervision period.

**CRIMINAL RECORD CHECK:**

A criminal record check conducted on October 11, 2013 revealed no new arrests, criminal activity, or warrants for this defendant since the time of the initial Pretrial Services bail report.

**REASSESSMENT OF RISKS:**

Pretrial Services has not identified any additional risks of danger or flight other than those identified in the initial Pretrial Services bail report.

**CONDITIONS TO CONSIDER AT SENTENCING:**

Should Your Honor sentence the defendant to a period of incarceration, Pretrial Services feels he can be given a voluntary surrender date based on his above-noted compliance.

**REQUEST TO MODIFY CONDITIONS OF RELEASE:**

There is no request to modify bail conditions at this time.

**COMMENTS:**

Submitted by:

_____
Michael Ilaria
U.S. Pretrial Services Officer

Approved by:

_____
Ignace Sanon-Jules
Supervising U.S. Pretrial Services Officer

Date:    October 11, 2013